# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA MAZAREIGO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALMART INC., et al.,<br><br>　　　　　Defendants. | Case No.: 1:24-cv-00612-KES-SAB<br><br>ORDER RE STIPULATION REGARDING DEFENDANT'S MEDICAL EXAMINATION OF PLAINTIFF<br><br>(ECF No. 26) |

On October 22, 2025, the parties filed a stipulation that Plaintiff will undergo a physical examination pursuant to Rule 35 of the Federal Rules of Civil Procedure. (ECF No. 22.) The examination shall take place on October 27, 2025 at 11:00 a.m. and will be conducted by Terrence Delaney, M.D. at 5665 N. Blackstone Ave., Ste. 107, Fresno, CA 93710.

For good cause shown, the Court approves the stipulation and ORDERS that, pursuant to the terms of the stipulation, Plaintiff shall appear for the scheduled examination or provide notice as outlined in the stipulation.

IT IS SO ORDERED.

Dated:  **October 23, 2025**

　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1