# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA MAZAREIGO,<br><br>   Plaintiff,<br><br> v.<br><br>WALMART INC., et al.,<br><br>   Defendants. | Case No.: 1:24-cv-00612-KES-SAB<br><br>ORDER RE STIPULATION REGARDING DEFENDANT'S MEDICAL EXAMINATION OF PLAINTIFF<br><br>(ECF No. 27) |

On November 17, 2025, the parties filed a stipulation that Plaintiff will undergo a physical examination pursuant to Rule 35 of the Federal Rules of Civil Procedure. (ECF No. 27.) The examination shall take place on November 24, 2025 at 11:00 a.m. and will be conducted by Terrence Delaney, M.D. at 5649 North Palm Avenue, Fresno, CA 93704.

For good cause shown, the Court approves the stipulation and ORDERS that, pursuant to the terms of the stipulation, Plaintiff shall appear for the scheduled examination or provide notice as outlined in the stipulation.

IT IS SO ORDERED.

Dated:  **November 18, 2025**

                STANLEY A. BOONE
                United States Magistrate Judge