# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA MAZARIEGO,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART INC., et al.,<br><br>    Defendants. | Case No. 1:24-cv-00612-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE OR ENSURE THE FILING OF DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 32)<br><br>**FEBRUARY 2, 2026 DEADLINE** |

    On January 7, 2026, the parties filed a notice of settlement, informing the Court that a settlement has been reached and that dispositional documents will be filed no later than February 2, 2026. (ECF No. 32.)

    Accordingly, pursuant to the notice, it is HEREBY ORDERED that Plaintiff shall file or ensuring the filing of dispositional documents no later than **February 2, 2026**.[1] Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:  **January 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] While the stipulation states that Defendants will file dispositional documents, the Court places the onus on Plaintiff, the party in charge of prosecuting the matter, to ensure that the dispositional documents are filed in compliance with this order.