# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA MAZARIEGO, | Case No. 1:24-cv-00612-KES-SAB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING PLAINTIFF TO FILE STIPULATED DISMISSAL |
| v. | |
| WALMART INC., et al., | (ECF Nos. 34, 35) |
| Defendants. | **SEVEN DAY DEADLINE** |

On February 3, 2026, the Court issued an order to show cause, requiring Plaintiff to show cause in writing why sanctions should not be imposed for failure to file dispositional documents by the court ordered deadline.  (ECF No. 34.)  Later that same day, Plaintiff filed a declaration responding to the order to show cause (ECF No. 36), along with a notice of dismissal of the entire action signed only by Plaintiff.  (ECF No. 35.)

The Court observes that Defendants have filed an answer and the parties have reached a settlement.  (See ECF Nos. 1-5, 32.)  Therefore, dismissal under Rule 41(a)(1)(A)(ii), which allows for dismissal by stipulation signed by all parties who have appeared, is the proper procedural mechanism.  See Fed. R. Civ. P. 41(a)(1)(ii).  Plaintiff is directed to file a stipulation of dismissal signed by all parties.  Satisfied with the responses from Plaintiff, the Court will discharge the order to show cause.

Accordingly, the Court HEREBY ORDERS that:

1. The February 3, 2026 order to show cause is DISCHARGED (ECF No. 34); and

2. Plaintiff is directed to file notice of stipulated dismissal within **seven (7) days** of this order.

IT IS SO ORDERED.

Dated:   **February 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2