# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GLORIA MAZARIEGO,

Plaintiff,

v.

WALMART INC., et al.,

Defendants.

Case No. 1:24-cv-00612-SAB

ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS BY COURT ORDERED DEADLINE

**DEADLINE: FEBRUARY 27, 2026**

As relevant here, on February 3, 2026, the Court issued an order to show cause ordering Plaintiff to show cause in writing why sanctions should not be issued for failure to file dispositional documents by a Court-ordered deadline.  (ECF No. 34.)  Plaintiff adequately responded to the February 3, 2026 order to show cause and concurrently filed a notice of dismissal.  (ECF Nos. 35, 36.)  In discharging the February 3, 2026 order to show cause, the Court observed that Defendants had appeared and filed an answer (ECF No. 1-5), and therefore, a stipulation of dismissal was required to close this matter.  (ECF No. 37, citing Fed. R. Civ. P. 41(a)(1).)  Again, the time to file dispositional documents has passed, and again Plaintiff has not complied with a Court order.  Accordingly, the Court will again issue an order to show cause in light of the foregoing.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

1

sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000). The Court shall require Plaintiff to show cause why sanctions should not issue for the failure to file dispositional documents in compliance with the Court's order issued on February 4, 2026.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause in writing **no later than February 27, 2026**, why sanctions should not issue for the failure to file dispositional documents by the deadline required by the February 4, 2026 order (ECF No. 37). **Plaintiff is advised that filing dispositional documents without also filing documents showing cause in writing why sanctions should not issue does not constitute compliance with this order**; and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **February 25, 2026**

STANLEY A. BOONE
United States Magistrate Judge