# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GLORIA MAZARIEGO,

    Plaintiff,

    v.

WALMART INC.,

    Defendant.

Case No. 1:24-cv-00612-KES-SAB

ORDER DISCHARGING FEBRUARY 25, 2026 ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT STIPULATION OF DISMISSAL

(ECF Nos. 38, 39)

As relevant here, on February 3, 2026, the Court issued an order to show cause ordering Plaintiff to show cause in writing why sanctions should not be issued for failure to file dispositional documents by a Court-ordered deadline. (ECF No. 34.) Plaintiff adequately responded to the February 3, 2026 order to show cause and concurrently filed a notice of dismissal. (ECF Nos. 35, 36.) In discharging the February 3, 2026 order to show cause, the Court observed that Defendnats had appeared and filed an answer (ECF No. 1-5), and therefore, a stipulation of dismiss was required to close this matter. (ECF No. 37, citing Fed. R. Civ. P. 41(a)(1).) Plaintiff again did not comply with the Court's order, and accordingly, on February 25, 2026, the Court issued an order to show cause, ordering Plaintiff to show cause in writing why sanctions should not issue. (ECF No. 38.) On February 26, 2026, Plaintiff timely responded to the order to show cause and filed a stipulation of dismissal. (ECF No. 39.)

Satisfied with the response from Plaintiff, the Court hereby DISCHARGES the February 25, 2026 order to show cause. (ECF No. 38.)

In light of the stipulation (ECF No. 39), this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is hereby DIRECTED to close the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **February 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge